IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.W. & D.B-W., individually and on behalf of D.W., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA, | : | No. 15-5586 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **22ⁿᵈ** day of **July**, **2016**, upon consideration of Plaintiffs' Motion for Judgment on the Administrative Record and Plaintiffs' Motion for Attorneys' Fees and Costs, Defendant's responses thereto, and Plaintiffs' replies thereon, and for the reasons provided in this Court's Memorandum dated July 22, 2016, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Judgment on the Administrative Record (Document No. 8) is **GRANTED**.

2. Plaintiffs' Motion for Attorneys' Fees and Costs (Document No. 9) is **GRANTED**.

3. Plaintiffs are awarded $82,253.00 in attorneys' fees and $11,569.02 in costs.

4. The School District shall pay the award within 90 days of this order.

5. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**